UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

Chapter 11 proceedings

**Case No.** 4:14-bk-02659-BMW

In Re:

Meeks Maintenance &
   Construction, LLC,

   DEBTOR IN POSSESSION

**FINAL DECREE AND ORDER CLOSING CASE**

Meeks Maintenance and Construction, LLC, the reorganized Debtor in Possession in the above captioned case in which a plan of reorganization has been confirmed, has moved this court for entry of a final decree and for order closing the administrative case. Docket 139.

Pursuant to **11 U.S.C. §1101(2),** and **F.R.Bk.P. 3022** and applicable case law, the Court finds as follows:

   a. The order confirming the plan of reorganization is final;

   b. The ongoing payments required by the plan have been made;

   c. The debtor continues to operate its licensed enterprise; and

1

e.  All contested matters in the administrative case have been finally resolved.

This order is appropriate because the chapter 11 plan has been substantially consummated, and the administrative bankruptcy case has been fully administered pursuant to ***11 U.S.C. 350(a), 1101(2)*** and ***F.R.Bk.P. 3022.***

There have been no adversary proceedings filed in this case.

The court has considered the declaration of managing member Teri Meeks in support of this order [docket #140 ] and notes all parties in interest have been served with the debtor's motion for final decree and no objections thereto have been filed, timely or otherwise.

Good cause appearing,

IT IS HEREBY ORDERED that a final decree be and the same is hereby entered in this case**,** and

IT IS FURTHER ORDERED that this case is closed.

DATED AND SIGNED ABOVE.